Daniel J. Kornstein (DK - 3264)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MITSUBISHI INTERNATIONAL          :
CORPORATION,
                                  :
        Plaintiff,
                                  :     **RULE 7.1 STATEMENT**
        -against-
                                  :     ECF Case 08 CV 00194 (JSR)(GWG)
INTERSTATE CHEMICAL CORPORATION,
                                  :
        Defendant.
------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Mitsubishi International Corporation, by and through the undersigned counsel, states that it is a wholly-owned subsidiary of Mitsubishi Corporation.

Dated:    New York, New York
          January 9, 2008

                              KORNSTEIN VEISZ, WEXLER & POLLARD, LLP

                              By: Daniel J. Kornstein (DK - 3264)

                              757 Third Avenue
                              New York, New York 10017
                              (212) 418-8600

                              Attorneys for Plaintiff

3250001XXXACG.00001.wpd