Mitsubishi International Corporation, et. al., Plaintiff(s)
vs.
Interstate Chemical Corporation, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 087247-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Interstate Chemical Corporation
Court Case No. 08 CV 00194 (JSR)(GWG)

KORNSTEIN, VEISZ & WEXLER, LLP
Amy Gross
757 3rd Ave.
18th Floor
New York, NY 10017-2013

State of: __Ohio__ ) ss.
County of: __Mahoning__ )
Name of Server: __Neal E. Zoldan__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __11th__ day of __January__, 20__08__, at __2:24__ o'clock __P__ M

Place of Service: at __2797 Freedland Road__, in __Hermitage, PA 16148__

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Civil Cover Sheet; Rule 7.1 Statement;
Individual Rules of Practice of Hon. Jed S. Rakoff; Individiual
Practices of Magistrate Gabriel W. Gorenstein; USDC/SDNY Instructions
for Filing an Electronic Case or Appeal; USDC/SDNY Procedures for
Filing an Electronic Case Filing; USDC/SDNY Guidelines for Electronic
Case Filing

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Interstate Chemical Corporation**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Michael Puntureri, Chief Operating Officer__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Cauc__ ; Hair Color __Brwn__ ; Facial Hair __Goatee__
Approx. Age __45__ ; Approx. Height __5'10"__ ; Approx. Weight __210 #__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Neal E. Zoldan__
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __11__ day of __January__, 20 __08__

__Lisa A. Matasy__
(Commission Expires)
Lisa A. Matasy, Notary Public
State of Ohio
My Commission Expires April 8, 2012