UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| MITSUBISHI INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>INTERSTATE CHEMICAL CORPORATION,<br><br>Defendant. | 08 Civ. 00194 (JSR)(GWG)<br><br>**RULE 7.1 STATEMENT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Interstate Chemical Corporation ("Interstate"), by its attorneys, Simon Lesser PC states as follows:

Interstate is a privately held corporation, and no publicly held corporation holds 10% or more of its stock.

Dated: New York, New York
       February 28, 2008

SIMON•LESSER PC

By: _____
    Leonard F. Lesser, Esq.
420 Lexington Avenue
New York, New York 10170
T: 212.599.5455
F: 212.599.5459
llesser@simonlesser.com

Attorneys for defendant Interstate Chemical Corporation