UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MITSUBISHI INTERNATIONAL CORPORATION,

                     Plaintiff,

-against-

INTERSTATE CHEMICAL CORPORATION,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

08 Civ. 00194 (JSR)(GWG)

**AFFIRMATION OF ECF**
**TECHNICAL DIFFICULTY**

      Leonard F. Lesser, an attorney duly admitted to practice in the Courts of the State of New York and this Court, affirms under the penalties of perjury:

      1.    I attempted to ECF file defendant Interstate Chemical Corporation's Rule 56.1(b) Statement and Memorandum of Law in opposition to plaintiff's Motion for Summary Judgment yesterday, April 14, 2008, but was unable to get access to the ECF system due to apparent technical difficulties.

      2.    I nonetheless served copies of those papers upon counsel for plaintiff by e-mail (pdf) yesterday, April 14, 2008, and also sent hard copies by Federal Express. I also confirmed with plaintiff's counsel, Amy Gross, Esq. yesterday that she had received defendant's opposition papers.

      3.    Upon obtaining access to the ECF system this morning, the papers were promptly filed.

Dated: New York, New York
       April 15, 2008

                                                Leonard F. Lesser, Esq.