Daniel J. Kornstein (DK - 3264)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
MITSUBISHI INTERNATIONAL          :
CORPORATION,                          08 CV 00194(JSR)(GWG)
                                  :
        Plaintiff,                    **REPLY AFFIDAVIT**
                                  :
        -against-
                                  :   ECF Case
INTERSTATE CHEMICAL CORPORATION,
                                  :
        Defendant.
---------------------------------X

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ZACK FERGUSON-STEGER, being duly sworn, deposes and says:

1. I am the marketing manager of Mitsubishi International Corporation ("MIC"). I have personal knowledge of the facts set forth in this reply affidavit, which I make in further support of plaintiff's motion for summary judgment.

### Delivery Date of Methanol

2. Interstate's allegations that there was some sort of confusion over the delivery date of the barge of methanol are disingenuous. When MIC agreed to sell the methanol to Interstate, we knew we had a vessel with methanol due to arrive about mid-December 2007.

3. Because of potential delays of vessels, MIC always builds a few days of leeway into its delivery dates to make sure it can commit to its sales obligations, and hence only agreed to sell as long as Interstate could accept the shipment. We accordingly told Interstate we could deliver on or after December 20.

4. At the time of the sale to Interstate, the barge of methanol was part of MIC's floating inventory -- that is, it was on our balance of inventory, and we planned to deliver it to Interstate as per our agreement. As shown in MIC's inventory records for December 2007, the relevant portions of which are annexed hereto as Exhibit 3, MIC had sufficient methanol in its inventory to delivery to Interstate on December 20.

5. MIC's methanol sales commitments rely upon availability of methanol from Venezuela or other sources. It is not practicable for MIC to keep methanol on inventory indefinitely once it receives a shipment from a supplier; instead, MIC arranges to sell the methanol based on what its suppliers have committed to provide to MIC.

6. As a result, and as happened with Interstate, MIC does not commit to one specific delivery date, because that date depends in part upon a variety of external factors, such as dock availability, arrival of the buyer's barge, and the weather.

Rather, as it did here, MIC committed to a delivery date of December 20 "or later."

7. According to industry practice in the bulk chemical sales industry, contract shipment timing is agreed to on a case-by-case basis. The most common shipment period is the calendar month. However, if the seller has restrictions on part of the month, it can specify restricted periods. In this case, the period started on December 20, 2007, as MIC would not guarantee product availability at an earlier date.

8. Once the delivery period is set, the buyer needs to give the seller five working days' notice for the exact shipment day, according to industry practice.

9. If Interstate required an exception to this standard, it could have said so at the time the parties negotiated the agreement.

10. MIC would not have committed to one definitive sales date when it agreed with Interstate because, if it then turned out that MIC could not deliver until a day or two later, it faced exposure for damages to Interstate if MIC could not deliver on a specified date.

11. I do not recall the phone call Ms. Cirillo alleges we had on December 13, 2007, and MIC has no record of such a call. In any event, as shown in Exhibit 3, MIC had sufficient methanol

in its inventory to deliver to Interstate on the agreed-upon delivery date.

12. Ms. Cirillo did not, in any event, make any objections to the contract at any time based on the delivery date.

### US Coast Guard Issue

13. Interstate's assertion that its purchase of methanol from MIC was conditioned upon Interstate's customer's ability to take delivery of the barge in Owensboro, Kentucky is incorrect.

14. At no time before December 18, 2007 did Ms. Cirillo, or anyone from Interstate, mention to me that there might be a problem with its customer taking delivery of the barge, or that Interstate's agreement with MIC was contingent upon a third party's ability to take delivery of the barge.

15. MIC has no interest in what Interstate does with the purchased materials or to whom Interstate resells. MIC's contracts are only with its direct customers and are not contingent on the actions of third parties.

16. Had Interstate's ability to receive the barge been in doubt, MIC would not have agreed to sell to Interstate. Instead, MIC would have sold the barge to another customer at the same price.

Spot Price of Methanol

17. The Jim Jordan & Associates, LLP Global Methanol Report submitted by Interstate (Puntureri Aff., Ex.) is not a definitive statement of the price of methanol on the spot market in December 2007.

18. As shown by the DeWitt Methanol Newsletter covering the same time period, attached hereto as Exhibit 4, the price of methanol did indeed go down to $2.05 per gallon at the end of December 2007.

19. In late December 2007, the methanol market was very thin, and prices were falling. MIC sold the barge Interstate refused to accept on December 21, the last open day before year-end holidays, when most of the market participants were already closed. Liquidity was therefore limited.

20. Prices continued falling throughout early 2008. Had MIC delayed further in selling the barge Interstate refused to purchase, it would have incurred further damages.

Sale of Barge to Tauber Petrochemical Company

21. Interstate's insinuation that MIC sold the methanol for less than it could have received on the spot market is incorrect. Nor is there any sort of special business relationship between Tauber Petrochemical Company ("Tauber") and MIC. Tauber and MIC are, in fact, competitors.

22. Once it became clear that Interstate was not going to perform the purchase contract, MIC, in the face of falling methanol prices, had to arrange a sale of the barge of methanol as quickly as possible. The most efficient way to do this, and the way MIC makes many sales, was through an independent broker, who, as is customary, received a commission for arranging the sale. This broker connected MIC as a seller with Tauber as a buyer, for the highest price possible at the time.

23. MIC wanted to, and did, sell for the highest price it could get at the time, faced with falling markets, when it became apparent, after Interstate failed to reply to MIC's ultimatum, that Interstate would not fulfill its obligation. Had MIC waited longer to sell, it would have lost even more money on the sale.

24. For these reasons, and those in MIC's original moving papers, MIC's motion for summary judgment should be granted.

_____
ZACK FERGUSON-STEGER

Sworn to this 18 day of April, 2008

_____
Notary Public

DIANE G. KNOX
Notary Public, State of New York
No. 02KN6000525
Qualified in New York County
Commission Expires April 12, 2010

# Exhibit 3

```
Run Date - 4/17/08  Time - 15.29.24                    Co - KO International Matex--New Orleans    Page -   1                      Report - IN480
Location - St. Rose, Louisiana                    CUMULATIVE INVENTORY LISTING FOR 12/07 THROUGH 12/07                     Run by - TJH   From - BB

                         VEHICLES
INV.                                                      PENDING BAL.
DATE   P.O. NO.   RECEIPTS  TRANSFERS IN  DELIVERIES  TRANSFERS OUT  BOOK BASED   BOOK BALANCE

2007       TANK 116   PRODUCT - 742 METHANOL           CUSTOMER - 02638 MITSUBISHI                     INV. UNIT         GL
                                                                                                       BILL.UNIT
                                                                                                       CUST. NO.         02638
                                                                                                       PROD.CODE         742
                                                                     BEG. BAL.    2,066,591            TANK CAP.         4,788,000    BILL NO.

12/01  TR TO 119 02639
  292  80832 B                                                 867,305                        1,199,286                               07/12
12/01  1 TANK TRUCK
  293  51369 B                              3,983                                             1,195,303                               07/12
12/03  NATX-300386
  294  51365 B                             28,400                                             1,166,903                               07/12
12/03  SHPX-205247
  295  51365 B                             28,441                                             1,138,462                               07/12
12/03  1 TANK TRUCK
  296  51377 B                              6,462                                             1,132,000                               07/12
12/04  NATX-300380
  297  51372 B                             28,542                                             1,103,458                               07/12
12/04  TILX-197966
  298  51372 B                             28,846                                             1,074,612                               07/12
12/04  2 T/T'S
  299  51384 B                             14,006                                             1,060,606                               07/12
12/05  NATX-37757B
  300  51374 B                             28,348                                             1,032,258                               07/12
12/05  UTLX-200131
  301  51374 B                             28,516                                             1,003,742                               07/12
```

```
Run Date - 4/17/08  Time - 15.19.14       Co - NO International Matex--New Orleans      Page -  2                    Report - IN480
Location - St. Rose, Louisiana          CUMULATIVE INVENTORY LISTING FOR 12/07 THROUGH 12/07                Run by - TJH    From - BB

                           VEHICLES
INV.                                                          PENDING BAL.
DATE   P.O. NO.    RECEIPTS   TRANSFERS IN   TRANSFERS OUT   DELIVERIES   BOOK BASED   BOOK BALANCE        INV. UNIT       GL
                                                                                                           BILL.UNIT
       TANK 116   PRODUCT - 742 METHANOL        CUSTOMER - 0263B MITSUBISHI                                CUST. NO.       0263B
                                                                                                           PROD.CODE       742
2007                                                                  * * CONTINUED * *                    TANK CAP.       4,788,000

12/05  1 TANK TRUCK                                              6,939                      996,803                         07/12
 302     51391 B
12/06  UTLX-204890                                              28,920                      967,883                         07/12
 303     51382 B
12/06  UTLX-204893                                              28,786                      939,097                         07/12
 304     51382 B
12/06  1 TANK TRUCK                                              6,987                      932,110                         07/12
 305     51401 B
12/07  UTLX-203635                                              28,685                      903,425                         07/12
 306     51394 B
12/07  TILX-19796B                                              28,894                      874,531                         07/12
 307     51394 B
12/09  1 TANK TRUCK                                              6,939                      867,592                         07/12
 308     51410 B
12/10  UTLX-201091                                              28,095                      839,497                         07/12
 309     51400 B
12/10  UTLX-203258                                              28,904                      810,593                         07/12
 310     51400 B
12/10  1 TANK TRUCK                                              6,428                      804,165                         07/12
 311     51414 B
12/11  AMBASS NORRIS   SRC-46            C:PORTSIDE:                                      2,133,918                         07/12
 312     513B8 B       1,329,753
```

```
Run Date - 4/17/08  Time - 15.19.14       Co - NO International Matex--New Orleans      Page -   3      Report - IN480
Location - St. Rose, Louisiana          CUMULATIVE INVENTORY LISTING FOR 12/07 THROUGH 12/07      Run by - TJH    From - BB

                        VEHICLES                                                                              INV. UNIT  GL
INV.                                                              PENDING BAL.                                BILL.UNIT
DATE    P.O. NO.    RECEIPTS  TRANSFERS IN  DELIVERIES  TRANSFERS OUT  BOOK BASED      BOOK BALANCE           CUST. NO.  02638
                                                                                                              PROD.CODE  742      4,788,000
         TANK 116  PRODUCT - 742 METHANOL          CUSTOMER - 02638 MITSUBISHI                                TANK CAP.          BILL MO.

2007                                                                  * * CONTINUED * *

12/11  1 TANK TRUCK
313    51416 B                                6,865                                     2,127,053                         07/12

12/12  TR TO 106 02639
314    51411 B                                                429,236                   1,697,817                         07/12

12/13  SHPX-205211
315    51419 B                               28,562                                     1,669,255                         07/12

12/13  TILX-197955
316    51419 B                               28,895                                     1,640,360                         07/12

12/13  2 T/T'S
317    51431 B                               13,872                                     1,626,488                         07/12

12/14  1 TANK TRUCK
318    51440 B                                1,995                                     1,624,493                         07/12

12/17  2 T/T'S
319    51446 B                               10,959                                     1,613,534                         07/12

12/18  NATX-300362
320    51439 B                               28,387                                     1,585,147                         07/12

12/18  UTLX-201197
321    51439 B                               28,423                                     1,556,724                         07/12

12/18  1 TANK TRUCK
322    51456 B                                6,485                                     1,550,239                         07/12

12/19  NM-1026            C:ACBL:   D:2007-12-201:
323    51420 B                              422,616                                     1,127,623                         07/12
```

```
Run Date - 4/17/08  Time - 15.19.14          Co - NO International Matex--New Orleans         Page -  4          Report - IM480
Location - St. Rose, Louisiana            CUMULATIVE INVENTORY LISTING FOR 12/07 THROUGH 12/07             Run by - TJH  From - BB

                          VEHICLES                                   CUSTOMER - 02638 MITSUBISHI
                          --------                                                                         INV. UNIT      GL
INV.                              TRANSFERS  TRANSFERS              PENDING BAL.                           BILL.UNIT
DATE  P.O. NO.  RECEIPTS  IN       OUT       DELIVERIES   BOOK BASED   BOOK BALANCE                        CUST. NO.      02638
----  --------  --------  --------  --------  --------    ------------  ------------                       PROD.CODE      742
                                                                                                           TANK CAP.      4,788,000
2007      TANK 116  PRODUCT - 742 METHANOL
                                                          * * CONTINUED * *                                                BILL NO.
                                                                                                                           --------
12/19  2 T/T'S                                10,929                    1,116,694                                          07/12
 324   51461 B
12/19  TILX-192007                            28,883                    1,087,811                                          07/12
 325   51449 B
12/19  TILX-197957                            29,035                    1,058,776                                          07/12
 326   51449 B
12/20  UTLX-206238                            28,622                    1,030,154                                          07/12
 327   51453 B
12/20  UTLX-209535                            28,712                    1,001,442                                          07/12
 328   51453 B
12/21  3 T/T'S                                17,936                      983,506                                          07/12
 329   51474 B
12/21  TILX-197956                            29,100                      954,406                                          07/12
 330   51458 B
12/21  UTLX-203276                            28,711                      925,695                                          07/12
 331   51458 B
12/26  ACFX-76573                             28,591                      897,104                                          07/12
 332   51470 B
12/26  SHPX-205203                            28,689                      868,415                                          07/12
 333   51470 B
12/26  1 TANK TRUCK                            6,476                      861,939                                          07/12
 334   51486 B
```

```
Run Date - 4/17/08  Time - 15:19:14        Co - NO International Matex--New Orleans      Page - 5       Report - IN480
Location - St. Rose, Louisiana          CUMULATIVE INVENTORY LISTING FOR 12/07 THROUGH 12/07            Run by - TJH    From - B8

                    VEHICLES
INV.              ---------------                                PENDING BAL.
DATE   P.O. NO.   RECEIPTS   TRANSFERS IN   DELIVERIES   TRANSFERS OUT   BOOK BASED    BOOK BALANCE     BILL NO.
----   --------   --------   ------------   ----------   -------------   ------------  ------------     --------

             TANK 116    PRODUCT - 742 METHANOL            CUSTOMER - 02638 MITSUBISHI                  INV. UNIT   GL
             ----------                                                                                 BILL.UNIT
                                                                                                        CUST. NO.   02638
                                                                                                        PROD. CODE  742
                                                                                                        TANK CAP.   4,788,000
2007                                                        * * CONTINUED * *

12/27  UTLX-201088                            28,424                                      833,515                   07/12
 335     51481 B
12/27  TILX-190019                            28,018                                      805,497                   07/12
 336     51481 B
12/27  1 TANK TRUCK                            7,006                                      798,491                   07/12
 337     51494 B
12/28  3 T/T's                                17,462                                      781,029                   07/12
 338     51503 B
12/29  UTLX-201921                            28,498                                      752,531                   07/12
 339     51497 B
12/29  UTLX-203816                            28,951                                      723,580                   07/12
 340     51497 B
12/29  JOSE BRIGHT       SRC-46                       C:GREENFOREST                     1,479,780                   07/12
 341     51477 B         756,200
12/30  1 TANK TRUCK                            6,532                                    1,473,248                   07/12
 342     51504 B
12/31  ADJUSTMENT BY GAUGE                           6,734- ADJ                         1,466,514                 Y 07/12
 343     B

2008

       TOTALS     2,085,953        0         1,389,489              1,296,541
                  ---------   ---------      ---------              ---------
```

# Exhibit 4

Case 1:08-cv-00194-JSR    Document 16-3    Filed 04/18/2008    Page 1 of 3

## METHANOL & DERIVATIVES

### Issue 489– DeWitt Methanol Newsletter – December 21, 2007

| US Methanol | December*** USD/Ton | USD/Gal | Tre | Nov USD/Ton | USD/Gal | Nov Average |
|---|---|---|---|---|---|---|
| **Barge Pricing** | | | | | | |
| * Contract Barge (GC), Net Non-Disc. | 832 – 931 | 2.50 – 2.80 | ↑ | 665 – 682 | 2.00 – 2.05 | 2.025 |
| ** Contract Transaction | Pending | Pending | ↑ | 664 – 680 | 1.996 – 2.046 | 2.0225 |
| ***Spot Barges week Dec 17-21 (GC) | 682 – 741 | 2.05 – 2.23 | ↓ | 805 – 981 | 2.42 – 2.95 | 2.758 |
| **Truck/Rail Pricing** | Dec | Dec | | Nov | Nov | Nov |
| Distribution Prices: List Prices, Non-Disc. | USD/MT | USD/GAL | | USD/MT | USD/GAL | USD/GAL |
| Truck/Railcar USGC | 1014 – 1064 | 3.05 – 3.20 | ↑ | 775 – 788 | 2.33 – 2.37 | 2.35 |
| Truck/Railcar USEC | 1014 – 1064 | 3.05 – 3.20 | ↑ | 788 – 798 | 2.37 – 2.40 | 2.385 |
| Truck/Railcar Chicago | 1097 – 1330 | 3.30 – 4.00 | ↑ | 831 – 848 | 2.50 – 2.55 | 2.525 |
| Southern Chemical, Net/Net price USGC | 1014 | 3.05 | ↑ | 748 | 2.25 | 2.25 |
| USEC | 1014 | 3.05 | ↑ | 748 | 2.25 | 2.25 |
| Ashland Methanol, Bench Mark USGC | NA | NA | ↑ | 738 | 2.22 | 2.22 |
| Chicago | NA | NA | ↑ | 788 | 2.37 | 2.37 |

*Contract Barge, Net Non Disc. Includes List Prices and Contract Barge Non Discounted Ref. Price
**The contract transaction prices listed herein are DeWitt's view for large buyers (25mm gal/yr) FOB GC based on extensive industry surveys. Some contracts may contain discounts not reflected in these prices. Spot prices on this page are for current month business conducted FOB Houston, volumes of 10,000 BBL or greater. ***Average prices are the weighted average for the month specified

| Western Europe Methanol | | December | | | 3Q |
|---|---|---|---|---|---|
| | Euro/Ton | USD/Ton | | Trend | Average |
| Methanol 4Q 2007 Contract FOB R'dam | 380 | 544 | | ↑ | Euro 218 |
| Methanol Spot - FOB R'dam T2 | 460 / 480 | 676 / 706 | | ↓ | Euro 233.42 |
| 1 US Dollar = 0.6982 Euro | | | | | |

| Asia Pacific Methanol | December | | November |
|---|---|---|---|
| **21 Dec 07** | USD/Ton | Trend | USD/Ton |
| Korea – CFR, frame contract* | Pending | Pending | Pending |
| Taiwan – CFR, term/spot (nominal) | 560-580 | down | 540-600 |
| China – CFR, spot (nominal) | 370-380 | down | 410-460 |
| SEA – CFR, spot (nominal) | 570-580 | down | 540-600 |
| WC India – CFR, spot (nominal) | 560-570 | down | 540-600 |
| Methanex Dec 2007 APCP: USD 720/mt | | | |
| May Korea frame: USD 280 CFR | | | |

| Natural Gas Prices ($/MM BTU) | Feb | Jan | Dec | Nov |
|---|---|---|---|---|
| Houston Ship Channel – "Inside FERC" Index | N/A | N/A | 6.87 | 6.92 |
| Henry Hub – Inside FERC Index | N/A | N/A | 7.21 | 7.27 |
| NYMEX Henry Hub Futures (contract expired at) | N/A | N/A | 7.203 | 7.27 |
| NYMEX Henry Hub Futures contract 12-21 | 7.237 | 7.137 | N/A | N/A |
| Henry Hub (cash price) 12-21 | N/A | N/A | 7.17 | N/A |
| **Current Dollar Equivalents 12-21** Euro: 0.6982   GBP: 0.5043   Yen: 113.11   CND: 1.0011 | | | | |

# METHANOL & DERIVATIVES

## Issue 490 – DeWitt Methanol Newsletter – January 4, 2008

| US Methanol | January*** USD/Ton | January*** USD/Gal | Trend | Dec USD/Ton | Dec USD/Gal | Dec Average |
|---|---|---|---|---|---|---|
| **Barge Pricing** | | | | | | |
| * Contract Barge (GC), Net Non-Disc. | 832 – 848 | 2.50 – 2.55 | ↓ | 832–931 | 2.50 – 2.80 | 2.65 |
| ** Contract Transaction | Pending | Pending | ↓ | 829–929 | 2.495–2.795 | 2.6394 |
| ***Spot Barges week Dec 31-Jan 4 (GC) | 682 | 2.05 | ↓ | 682–865 | 2.05 – 2.60 | 2.433 |
| **Truck/Rail Pricing** | Jan | Jan | | Dec | Dec | Dec |
| Distribution Prices: List Prices, Non-Disc. | USD/MT | USD/GAL | | USD/MT | USD/GAL | USD/GAL |
| Truck/Railcar USGC | 944 – 964 | 2.84 – 2.90 | ↓ | 1014–1064 | 3.05 – 3.20 | 3.13 |
| Truck/Railcar USEC | 944 – 964 | 2.84 – 2.90 | ↓ | 1014–1064 | 3.05 – 3.20 | 3.13 |
| Truck/Railcar Chicago | 1011 – 1044 | 3.04 – 3.14 | ↓ | 1097–1330 | 3.30 – 4.00 | 3.65 |
| Southern Chemical, Net/Net price USGC | 898 | 2.70 | ↓ | 1014 | 3.05 | 3.05 |
| USEC | 898 | 2.70 | ↓ | 1014 | 3.05 | 3.05 |
| Ashland Methanol, Bench Mark    USGC | NA | NA | ↓ | NA | NA | NA |
| Chicago | NA | NA | ↓ | NA | NA | NA |

*Contract Barge, Net Non Disc. Includes List Prices and Contract Barge Non Discounted Ref. Price
**The contract transaction prices listed herein are DeWitt's view for large buyers (25mm gal/yr) FOB GC based on extensive industry surveys. Some contracts may contain discounts not reflected in these prices. Spot prices on this page are for current month business conducted FOB Houston, volumes of 10,000 BBL or greater. ***Average prices are the weighted average for the month specified

| Western Europe Methanol | January Euro/Ton | January USD/Ton | Trend | 4Q Average |
|---|---|---|---|---|
| Methanol 1Q 2008 Contract FOB R'dam | 490 | 724 | ↓ | Euro 380 |
| Methanol Spot - FOB R'dam T2 | 430 / 470 | 635 / 694 | ↓ | Euro 492 |

1 US Dollar = 0.6768 Euro

| Asia Pacific Methanol 4 Jan 2008 | January USD/Ton | Trend | December USD/Ton |
|---|---|---|---|
| Korea – CFR, frame contract* | Pending | Pending | Pending |
| Taiwan – CFR, term/spot (nominal) | 520-540 | down | 550-600 |
| China – CFR, spot (nominal) | 340-350 | down | 350-440 |
| SEA – CFR, spot (nominal) | 535-545 | down | 550-600 |
| WC India – CFR, spot (nominal) | 500-520 | down | 550-600 |

Methanex Jan 2008 APCP: USD 720/mt

May Korea frame: USD 280 CFR

| Natural Gas Prices ($/MM BTU) | Mar | Feb | Jan | Dec |
|---|---|---|---|---|
| Houston Ship Channel – "Inside FERC" Index | N/A | N/A | 6.73 | 6.87 |
| Henry Hub – Inside FERC Index | N/A | N/A | 7.13 | 7.21 |
| NYMEX Henry Hub Futures (contract expired at) | N/A | N/A | 7.172 | 7.203 |
| NYMEX Henry Hub Futures contract 1-4 | 7.698 | 7.674 | N/A | N/A |
| Henry Hub (cash price) 1-4 | N/A | N/A | 7.82 | N/A |

**Current Dollar Equivalents 1-4**    Euro: 0.6768    GBP: 0.5065    Yen: 108.251    CND: 1.0022