```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MITSUBISHI INTERNATIONAL CORPORATION, :
                                      :
            Plaintiff,                :    08 Civ. 194 (JSR)
                                      :
     -v-                               :         ORDER
                                      :
INTERSTATE CHEMICAL CORPORATION,      :
                                      :
            Defendant.                :
------------------------------------- :
                                      x
JED S. RAKOFF, U.S.D.J.
```

Plaintiff Mitsubishi International Corporation, which seeks to recover damages allegedly suffered upon defendant Interstate Chemical Corporation's breach of a contract between the parties, has moved for summary judgment. The motion is denied.

An opinion setting forth the reasons for this ruling will follow in due course.

SO ORDERED

Dated: New York, NY
       May 6, 2008

_____
JED S. RAKOFF, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08
```