Daniel J. Kornstein (DK - 3264)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MITSUBISHI INTERNATIONAL             :
CORPORATION,                              08 CV 00194(DC)(DF)
                                     :
         Plaintiff,
                                     :   NOTICE OF MOTION
         -against-
                                     :   ECF Case
CHLORINE PARTNERS, LP,
                                     :
         Defendant.
----------------------------------------X

    PLEASE TAKE NOTICE that upon the Affidavit of Nobuhiko Yamada sworn to on July 16, 2008 and the exhibits annexed thereto, and plaintiff's Local Rule 56.1(a) Statement, plaintiff will move this Court before the HONORABLE DENNY CHIN, United States District Judge, at the United States Courthouse at 500 Pearl Street, New York, New York 10007, Courtroom 11A, on a date to be set by the Court, for an order pursuant to Fed R. Civ. P. 56 granting summary judgment to plaintiff, together with such other and further relief as to the Court may seem just and proper.

3250003NOTCMI.00001.wpd

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's Order at the conference on June 27, 2008, answering papers, if any, shall be served on or before August 8, 2008, and reply papers, if any, shall be served on or before August 18, 2008.

Dated:   New York, New York
         July 17, 2008

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

By:   Daniel J. Kornstein (DK - 3264)

757 Third Avenue
New York, New York  10017
(212) 418-8600

Attorneys for Plaintiff


TO:   Joseph E. Macy
      BERKMAN, HENOCH, PETERSON & PEDDY, P.C.
      100 Garden City Plaza
      Garden City, New York  11530
      (516) 222-6200
      Attorneys for Defendant