Daniel J. Kornstein (DK - 3264)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

MITSUBISHI INTERNATIONAL
CORPORATION,

        Plaintiff,

        -against-

INTERSTATE CHEMICAL CORPORATION,

        Defendant.

----------------------------------X

08 CV 00194(JSR)(GWG)

**NOTICE OF MOTION**

ECF Case

PLEASE TAKE NOTICE that upon the Affidavit of Daniel J. Kornstein, sworn to on August 13, 2008, and the exhibits annexed thereto, and plaintiff's Local Rule 56.1(a) Statement, plaintiff will move this Court before the HONORABLE JED S. RAKOFF, United States District Judge, at the United States Courthouse at 500 Pearl Street, New York, New York 10007, Courtroom 14B, on September 9, 2008, at 5:00 p.m., for an order pursuant to Fed R. Civ. P. 56 granting summary judgment to plaintiff, together with such other and further relief as to the Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's Case Management Plan dated March 12, 2008, as revised via telephonic conferences with Chambers on July 9, 2008 and July 28, 2008, answering papers, if any, shall be served on or before August 26, 2008, and reply papers, if any, shall be served on or before September 2, 2008.

Dated:    New York, New York
          August 14, 2008

KORNSTEIN VEISZ WEXLER & POLLARD, LLP

By:    Daniel J. Kornstein (DK - 3264)

757 Third Avenue
New York, New York 10017
(212) 418-8600

Attorneys for Plaintiff

TO:    Leonard F. Lesser, Esq.
       SIMON LESSER PC
       420 Lexington Avenue
       New York, New York 10170
       Attorneys for Defendant

2